FILED
CLERK, U.S. DISTRICT COURT

NOV - 7 2017

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2017 Grand Jury

UNITED STATES OF AMERICA,

                Plaintiff,

                v.

JOHN PATRICE HALE,
  aka "Frost K Blizzard,"

                Defendant.

CR No. **CR17- 0703-DSF**

I N D I C T M E N T

[18 U.S.C. § 1038(a)(1): Making
False and Misleading Statements
Concerning Terrorism; 18 U.S.C.
§ 875(c): Threats to Injure in
Interstate Commerce; 18 U.S.C.
§ 1001(a)(2),(3): Material False
Statement]

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1038(a)(1)]

On or about May 12, 2017, in Los Angeles County, within the
Central District of California, defendant JOHN PATRICE HALE, also
known as "Frost K Blizzard" ("HALE"), did engage in conduct with
intent to convey false and misleading information under circumstances
where such information may reasonably be believed and where such
information indicated that an activity has taken place, is taking
place, and will take place that would constitute a violation of Title
18, United States Code, Chapter 113B (Terrorism), namely, a violation

1  of Title 18, United States Code, Section 2332a, in that defendant

2  HALE transmitted a communication via the Internet to the Los Angeles

3  Sheriff's Department containing the following statements, knowing

4  them to be false and fictitious:

5     s. Muhammed |

   Our brotherhood will celebrate today when allah sets the

6     explosives planted in Inglewood sheriff vehicles at

   Inglewood court.

7     All praises due | takbeer | smuhammed@yahoo.com

1

COUNT TWO

2

[18 U.S.C. § 1038(a)(1)]

3     On or about May 15, 2017, in Los Angeles County, within the

4 Central District of California, defendant JOHN PATRICE HALE, also

5 known as "Frost K Blizzard" ("HALE"), did engage in conduct with

6 intent to convey false and misleading information under circumstances

7 where such information may reasonably be believed and where such

8 information indicated that an activity has taken place, is taking

9 place, and will take place that would constitute a violation of Title

10 18, United States Code, Chapter 113B (Terrorism), namely, a violation

11 of Title 18, United States Code, Section 2332a, in that defendant

12 HALE transmitted a communication via the Internet to the Los Angeles

13 Sheriff's Department containing the following statements, knowing

14 them to be false and fictitious:

15     navid muhammad | All praises due to allah.
      You infidels prosecuted our beloved brother Friday and now
16    we will prosecute your officers. We couldnt trigger our
      xplosives friday you still had our brother. Allah willing
17    we will be able to take out as many officers that pull out
      your parking structure. It will be a plus to take part of
18    your american school across the street. ISIS will have
      revenge today. It maybe a headshot from one of our snipers
19    maybe a grenade as they pull out parking building and stop
      maybe explosive on one of the vehicles we were able to
20    access. All praises due. May inglewood feel our wrath
      today. From 830 to 4pm we will destruct inglewood sheriff.
21    The only safety they will have today is to stay inside
      today. If we see any patrol cars leave we will begin our
22    celebration of revenge. All praises due. Takbeer! Takbeer!
      Allah | infidels | n.muhammad |
23

24

25

26

27

28

1

COUNT THREE

2

[18 U.S.C. § 1038(a)(1)]

3

On or about May 15, 2017, in Los Angeles County, within the

4

Central District of California, defendant JOHN PATRICE HALE, also

5

known as "Frost K Blizzard" ("HALE"), did engage in conduct with

6

intent to convey false and misleading information under circumstances

7

where such information may reasonably be believed and where such

8

information indicated that an activity has taken place, is taking

9

place, and will take place that would constitute a violation of Title

10

18, United States Code, Chapter 113B (Terrorism), namely, a violation

11

of Title 18, United States Code, Section 2332a, in that defendant

12

HALE transmitted a communication via the Internet to the Los Angeles

13

Sheriff's Department containing the following statements, knowing

14

them to be false and fictitious:

15
16
17
18
19
20
21
22
23
24

M. Muhammad | All praises due to allah.
You infidels prosecuted our beloved brother Friday and now
we will prosecute your officers. We couldnt trigger our
xplosives friday you still had our brother. Allah willing
we will be able to take out as many officers that pull out
your parking structure. It will be a plus to take part of
your american school across the street. ISIS will have
revenge today. It maybe a headshot from one of our snipers
maybe a grenade as they pull out parking building and stop
maybe explosive on one of the vehicles we were able to
access. All praises due. May inglewood feel our wrath
today. From 830 to 4pm we will destruct inglewood sheriff.
The only safety they will have today is to stay inside
today. If we see any patrol cars leave we will begin our
celebration of revenge. All praises due. Takbeer! Takbeer!
Allah | Infidel | M.muhammad@gmail.com

25
26
27
28

1

COUNT FOUR

2

[18 U.S.C. § 1038(a)(1)]

3      On or about May 16, 2017, in Los Angeles County, within the

4   Central District of California, defendant JOHN PATRICE HALE, also

5   known as "Frost K Blizzard" ("HALE"), did engage in conduct with

6   intent to convey false and misleading information under circumstances

7   where such information may reasonably be believed and where such

8   information indicated that an activity has taken place, is taking

9   place, and will take place that would constitute a violation of Title

10  18, United States Code, 113B (Terrorism), namely, a violation of

11  Title 18, United States Code, Section 2332a, in that defendant HALE

12  transmitted a communication via the Internet to the Los Angeles

13  Sheriff's Department containing the following statements, knowing

14  them to be false and fictitious:

15      Item under deputy car. Impact for half city block. 6 hours
        to locate it. At Inglewood sheriff station. If you have
16      units out better call them back in.
        Takbeer!From: talibEmail: talibisis@yahoo.com
17

18

19

20

21

22

23

24

25

26

27

28

COUNT FIVE

[18 U.S.C. § 1038(a)(1)]

On or about May 23, 2017, in Los Angeles County, within the Central District of California, defendant JOHN PATRICE HALE, also known as "Frost K Blizzard" ("HALE"), did engage in conduct with intent to convey false and misleading information under circumstances where such information may reasonably be believed and where such information indicated that an activity has taken place, is taking place, and will take place that would constitute a violation of Title 18, United States Code, 113B (Terrorism), namely, a violation of Title 18, United States Code, Section 2332a, in that defendant HALE transmitted a communication via the Internet to Company A containing the following statements, knowing them to be false and fictitious:

> All praises to Allah.  Today, we will detonate an explosive at your La Brea and Arbor Vitae location if our needs aren't met by your company.  ISIS.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT SIX

[18 U.S.C. § 875(c)]

On or about May 15, 2017, in Los Angeles County, within the Central District of California, defendant JOHN PATRICE HALE, also known as "Frost K Blizzard" ("HALE"), with the purpose of issuing a threat, knowingly transmitted in interstate commerce the following written communication containing true threats to injure the person of another:

> navid muhammad | All praises due to allah.
> You infidels prosecuted our beloved brother Friday and now we will prosecute your officers. We couldnt trigger our xplosives friday you still had our brother. Allah willing we will be able to take out as many officers that pull out your parking structure. It will be a plus to take part of your american school across the street. ISIS will have revenge today. It maybe a headshot from one of our snipers maybe a grenade as they pull out parking building and stop maybe explosive on one of the vehicles we were able to access. All praises due. May inglewood feel our wrath today. From 830 to 4pm we will destruct inglewood sheriff. The only safety they will have today is to stay inside today. If we see any patrol cars leave we will begin our celebration of revenge. All praises due. Takbeer! Takbeer! Allah | infidels | n.muhammad |

COUNT SEVEN

[18 U.S.C. § 875(c)]

On or about May 15, 2017, in Los Angeles County, within the Central District of California, defendant JOHN PATRICE HALE, also known as "Frost K Blizzard" ("HALE"), with the purpose of issuing a threat, knowingly transmitted in interstate commerce the following written communication containing true threats to injure the person of another:

> M. Muhammad | All praises due to allah.
> You infidels prosecuted our beloved brother Friday and now we will prosecute your officers. We couldnt trigger our xplosives friday you still had our brother. Allah willing we will be able to take out as many officers that pull out your parking structure. It will be a plus to take part of your american school across the street. ISIS will have revenge today. It maybe a headshot from one of our snipers maybe a grenade as they pull out parking building and stop maybe explosive on one of the vehicles we were able to access. All praises due. May inglewood feel our wrath today. From 830 to 4pm we will destruct inglewood sheriff. The only safety they will have today is to stay inside today. If we see any patrol cars leave we will begin our celebration of revenge. All praises due. Takbeer! Takbeer! Allah | Infidel | M.muhammad@gmail.com

COUNT EIGHT

[18 U.S.C. § 875(c)]

On or about May 16, 2017, in Los Angeles County, within the Central District of California, defendant JOHN PATRICE HALE, also known as "Frost K Blizzard" ("HALE"), with the purpose of issuing a threat, knowingly transmitted in interstate commerce the following written communication containing true threats to injure the person of another:

> m. Muhammad | Greetings
> How did Inglewood sheriff enjoy our ransomware? Or our brothers shooting at police yesterday at Figueroa and 108th? Today if Inglewood sheriff serves any notices ISIS will harm one child per notice. Starting with school across street from Inglewood court. We have reported our info to your local news.

COUNT NINE

[18 U.S.C. § 875(c)]

On or about May 16, 2017, in Los Angeles County, within the Central District of California, defendant JOHN PATRICE HALE, also known as "Frost K Blizzard" ("HALE"), with the purpose of issuing a threat, knowingly transmitted in interstate commerce the following written communication containing true threats to injure the person of another:

> Item under deputy car. Impact for half city block. 6 hours
> to locate it. At Inglewood sheriff station. If you have
> units out better call them back in.
> Takbeer!From: talibEmail: talibisis@yahoo.com

1          COUNT TEN

2          [18 U.S.C. § 1001(a)(2),(3)]

3      On or about May 25, 2017, in Los Angeles County, within the

4   Central District of California, in a matter within the jurisdiction

5   of the Federal Bureau of Investigation ("FBI") and the Bureau of

6   Alcohol, Tobacco, Firearms and Explosives ("ATF"), namely, a tip

7   submitted to the online FBI Tip Line (https://tips.fbi.gov/),

8   defendant JOHN PATRICE HALE, also known as "Frost K Blizzard"

9   ("HALE"), knowingly and willfully made and used a false writing and

10  document knowing the same to contain materially false, fictitious,

11  and fraudulent statements and entries.

12     Specifically, defendant HALE submitted a written "tip" to the

13  FBI Tip Line in which he provided the following information:

14      I worked for [R.E.] in the real estate field. Last night
        after work we stopped at bar for couple drinks. After a few
15      drinks [R.E.] began to disclose personal information to me
        and how he makes his real money. [R.E.] stated to me he has
16      over 75 explosives he uses to blow homes up and collect
        insurance from them. He really alarmed me when he told me
17      for the right price he would supply ISIS with explosives
        even planting them for them. He made some sort of contact
18      with some organization overseas. He said isis gave him
        instructions to send inglewood sheriff department bomb
19      threats via email. I dont know if he went thru with it or
        not.  As we left he showed me 5 explosives in his trunk. He
20      described them saying one could level a 3 story home to
        this one can level the staples center. I then caught w cab.
21      Have quit my job.  And now moving. This man is dangerous. I
        never expected this from an older american man. I wish not
22      to disclose my personal information. This is his
        information below.
23
        [Company Name]
24      [Address]
        [R.E.]
25      [Phone Number]
        [California Department of Real Estate Number]
26

27

28

1    These written statements and entries were false, fictitious, and

2  fraudulent because, as defendant HALE well knew when he made the

3  written statements and entries: (1) R.E. never told defendant HALE

4  that for the right price he would supply the designated foreign

5  terrorist organization known as the Islamic State (also known as

6  "ISIS") with explosives; (2) R.E. never told defendant HALE that for

7  the right price he would plant explosives for ISIS; (3) R.E. never

8  told defendant HALE that ISIS had instructed R.E. to send bomb

9  threats via email to the Los Angeles County Sheriff's Department's

10  branch location in Inglewood; (4) R.E. never showed defendant HALE

11  explosives; and (5) R.E. never said that that he possessed explosives

12  that could destroy structures ranging in size from a three-story home

13  to the Staples Center in Los Angeles, California.

A TRUE BILL

/S/
Foreperson

SANDRA R. BROWN
Acting United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, Terrorism and Export
Crimes Section

GEORGE E. PENCE
Assistant United States Attorney
Terrorism and Export Crimes
Section